**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

  v.                                            Case No. 14-CR-157

**DAVID DEJANOVICH**
       **Defendant.**

## ORDER

On the agreement of the parties,

**IT IS ORDERED** that the **CHANGE OF PLEA** set for October 17, 2014, is adjourned to **Thursday, October 30, 2014, at 2:00 p.m.** The October 27, 2014, trial date is vacated. The court finds that the ends of justice served by so continuing the case outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin, this 10th day of October, 2014.

                                              /s Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge