# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        Plaintiff,

  v.                                                Case No. 14-CR-157

**DAVID DEJANOVICH**
        **Defendant.**

## ORDER

Based on the November 14, 2014, letter from Assistant Attorney General Devra Ayala,

**IT IS ORDERED** that my November 11, 2014, order is rescinded, and the order of detention pending sentencing is reinstated.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2014.

                                        /s Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge